UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH MARESCA,

                Plaintiff,

-against-

THE CITY OF NEW YORK AND
THE NEW YORK CITY FIRE
DEPARTMENT,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
09-CV- 4230 (SJ)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
APR 04 2012
BROOKLYN OFFICE

        A Memorandum and Order of Honorable Sterling Johnson, Jr., United States District Judge, having been filed on April 2, 2012, granting Defendants' motion for summary judgment; it is

        ORDERED, ADJUDGED AND DECREED that Defendants' motion for summary judgment is granted; and that judgment is hereby entered in favor of Defendants The City of New York and The New York City Fire Department and against Plaintiff Joseph Maresca.

Dated: Brooklyn, New York
       April 03, 2012

                                      Douglas C. Palmer
                                      Clerk of Court

                        by:    s/ MG
                             Michele Gapinski
                             Chief Deputy for
                             Court Operations